IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**OSCAR THOMAS**                                                                                           **PLAINTIFF**

v.                                                    **CAUSE NO. 1:23-cv-338-LG-RPM**

**RACHEL JEWELL, et al.**                                                                       **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**BEFORE THE COURT** is the [27] Report and Recommendation entered in this matter by Magistrate Judge Robert P. Myers, Jr. on January 10, 2025. In the Report and Recommendation, the Magistrate Judge conducts a thorough analysis and recommends that the pending [20] Motion to Dismiss be granted. Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

Plaintiff requested additional time to respond to the [27] Report and Recommendation. The Court extended his deadline to February 19, 2025. *See* Text Only Order Jan. 29, 2025. Plaintiff did not file a response or objection to the report. Thus, the Court need not conduct a *de novo* review. Having conducted the required review for clear error, the Court finds that Judge Myers' well-reasoned Report and Recommendation is neither clearly erroneous nor contrary to law.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation [27] of Magistrate Judge Robert P. Myers, Jr. entered on January 10, 2025, is **ADOPTED** as the opinion of this Court.

**SO ORDERED AND ADJUDGED** this the 10th day of March, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE